806

JUSTICE CLARK took no part in the consideration or decision of this application. *Lee Pressman* and *Allan R. Rosenberg* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, James L. Morrisson* and *Samuel D. Slade* for respondents.

No. 77. MONTANA-DAKOTA UTILITIES Co. *v.* NORTH-WESTERN PUBLIC SERVICE Co. C. A. 8th Cir. Certiorari granted. *William D. Mitchell, John C. Benson* and *H. F. Fellows* for petitioner. *Jacob M. Lashly, Max Royhl* and *Fredric H. Stafford* for respondent.

No. 83. UNITED STATES EX REL. TOUHY *v.* RAGEN, WARDEN, ET AL. C. A. 7th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward M. Burke* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Stanley M. Silverberg, Robert S. Erdahl* and *Robert G. Maysack* for McSwain, respondent.

No. 87. WARREN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Saul Sperling* and *Charles A. Ellis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for the United States.

No. 122. NATIONAL LABOR RELATIONS BOARD *v.* GULLETT GIN Co., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *Robert N. Denham* for petitioner.

No. 132. SPECTOR MOTOR SERVICE, INC. *v.* McLAUGH-LIN, TAX COMMISSIONER, O'CONNOR, SUBSTITUTED DE-